# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENJAMIN A. POST** | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| | : | NO. 06-cv-4587 |
| v. | : | |
| | : | |
| **ST. PAUL TRAVELERS** | : | |
| **INSURANCE CO.** | : | |
| Defendant. | : | |
| | : | |

## ORDER

**AND NOW**, this __21st__ day of May, 2009, it is **ORDERED** that Plaintiff Benjamin Post's Motion for Reconsideration and to Alter Judgment (Doc. # 110) is **DENIED**.

_____ s/Anita B. Brody
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to: