IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENJAMIN POST** | : | |
| Plaintiff, | : | |
| v. | : | No. 06-CV-4587 |
| **ST. PAUL TRAVELERS INSURANCE CO., et al.**, | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this ___21st___ day of July, 2009, it is **ORDERED** that St. Paul Travelers Insurance Company's Motion *In Limine* to Preclude Evidence at Trial of Post's Payment of Unrelated Fees and Expenses (Doc. # 138) is **DENIED.**

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to: