# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENJAMIN A. POST,<br>    Plaintiff<br><br>               v.<br><br>ST. PAUL TRAVELERS INSURANCE CO.,<br>    Defendant | CIVIL ACTION<br><br>NO. 06-CV-4587 |

## ORDER

**AND NOW**, this __15th__ day of June 2010, pursuant to this court's Order of June 22, 2009 (Doc #140), directing that the issue of damages under Count I of Post's Amended Complaint be tried to the court, it is **ORDERED** that, consistent with the memorandum of this same date:

- Post is entitled to reimbursement for work done directly relating to Mercy's potential malpractice claim as of October 12, 2005, and on work done relating to the Sanctions Petition as of November 21, 2005.

- By June 21, 2010, Post must submit an accounting of all reimbursement due to him.

- By June 25, 2010, St. Paul must submit any reply to Post's accounting.

It is also **ORDERED** that Post's Motion to Preclude Defense Expert Testimony (Doc #160) is **DENIED** as moot.

s/ Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to: