**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BENJAMIN A. POST, | : | |
| | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 06-CV-4587 |
| ST. PAUL TRAVELERS INSURANCE CO., | : | |
| | : | |
| Defendant | : | |

**STIPULATION FOR ENTRY OF FINAL ORDER
OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(ii)**

All matters and things in dispute between the parties hereto having been resolved, it is

STIPULATED and AGREED by the parties hereto that this action be dismissed with prejudice.

Respectfully submitted,

**BOCHETTO & LENTZ, P.C.**

/s/George Bochetto, Esquire

Dated: November 6, 2012          By:  _____

George Bochetto, Esquire
1524 Locust Street
Philadelphia, PA  19102
Ph: (215) 735-3900
Fx: (215) 735-2455
*Attorney for Plaintiff, Benjamin A. Post*

**DEASEY, MAHONEY, VALENTINI
& NORTH, LTD.**

/s/Henri Marcel, Esquire

Dated: November 6, 2012          By:  _____

Henri Marcel, Esquire
1601 Market Street, Suite 3400
Philadelphia, PA  19103-2301
Ph:  215-587-9400
Fx:  215-587-9456
*Attorney for Defendant, St. Paul Travelers
Insurance Co.*